**Order entered September 7, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00444-CR

**CORTNEY WOODS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-76149-Y**

## ORDER

The clerk's record, filed June 18, 2018, shows appellant is indigent and that on April 17, 2018, he notified the court reporter he was requesting the reporter's record. The reporter's record was initially due on June 12, 2018. Court reporter Vearneas Faggett filed a request for an extension of time which we granted, making the record due on July 12, 2018. When it was not filed, we notified Ms. Faggett by postcard dated July 16 and directed her to file the reporter's record by August 15, 2018. To date, the reporter's record has not been filed and we have had no communication from Ms. Faggett.

We **ORDER** the reporter's record filed within **FOURTEEN DAYS** of the date of this order. We caution Ms. Faggett that the failure to do so will result in the Court taking whatever

remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Fargo, Presiding Judge, Criminal District Court No. 7; Vearneas Faggett, official court reporter, Criminal District Court No. 7; and to counsel for all parties.


/s/     LANA MYERS
        JUSTICE